No. 98–9546. SHAW v. LINDSEY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–9547. RUSHING v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–9548. ROQUE v. LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 98–9549. MUHAMMAD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–9550. LOMAX v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 98–9552. MONTOYA v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 98–9555. SCHULTZ v. UNITED STATES; and
No. 99–5535. BIGGINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 174 F. 3d 201.

No. 98–9556. SMITH v. ROBINSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–9558. SHIELDS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–9559. BELL v. UNITED STATES; and
No. 98–9746. BELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 178 F. 3d 1296.

No. 98–9560. CHAPA v. ADAMS ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–9561. CROWE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9562. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9564. BURNS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9565. BISHOP v. UNITED STATES. C. A. 10th Cir. Certiorari denied.